AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MICHAEL D. TURNER | ) | Case No. |
| | ) | 20-MJ-7130 |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 10-14, 2020** in the county of **Champaign (and elsewhere)** in the **Central** District of **Illinois**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Enticement of a Minor |

This criminal complaint is based on these facts:

See attached affidavit of Special Agent Jennifer M. Smit, Illinois State Police

☑ Continued on the attached sheet.

s/Jennifer Smith
_____
Complainant's signature

Special Agent Jennifer M. Smith, Ilinois State Police
Printed name and title

Attested to by the affiant by electronic mail and telephone.

s/Eric Long

Date: **October 2, 2020**

_____
Judge's signature

City and state: **Urbana, Illinois**

Eric I. Long, Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Jennifer Smit, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Illinois State Police, Zone 5 Investigations, currently assigned to the Vermilion County Metropolitan Enforcement Group. I completed a 6 month training program at the Illinois State Police Academy and have been employed by the Illinois State Police since July 2, 2017. In April of 2019 I completed a 128 hour Special Agent School through the Illinois State Police. I have been a police officer for over 6 years, having started my career with the Danville Police Department (Danville, Illinois). I completed my initial law enforcement training at the Illinois State Police Training Institute. During my time with the Danville Police Department I was assigned to the patrol division, served as a juvenile officer, and was also a member of the SWAT team. Prior to beginning my career in law enforcement, I was a 7th grade science teacher at North Ridge Middle School in Danville, Illinois. In 2011, I completed my bachelor's degree at DePaul University, majoring in biology and education. In 2014, I completed my master's degree through Eastern Illinois University in educational leadership.

2. I am currently a member of the Illinois Internet Crimes Against Children Task Force (ICAC). As part of my duties with the ICAC Task Force, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the illegal production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. § 2251(a), 2252(a), and 2252A and

enticement of minor to engage in sexual activity, in violation of 18 U.S.C. § 2422(b), and sex trafficking of minors, in violation of 18 U.S.C. § 1591. I completed training through ICAC and the Office of Juvenile Justice and Delinquency Program (OJJDP) (August, 2019). I completed Child Abduction Response Training through the U.S. Department of Justice (September, 2019). Through my involvement with the ICAC Task Force, I have had the opportunity to review and investigate several cases involving child pornography.

3. This affidavit is based upon information I have gained from my investigation, my training and experience, as well as information provided by other law enforcement agents involved in this and other computer crime investigations. Since this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

4. As will be shown below, there is probable cause to believe that **Michael D. Turner (M/B, DOB:** ▮▮▮▮▮**)** used a facility of interstate commerce to entice a minor to engage in unlawful sexual activity, in violation of Title 18, United States Code, Section 2422(b).

## RELEVANT STATUTES

5. This investigation concerns alleged violations of Title 18, U.S.C. § 2422(b), Enticement of a Minor, which prohibits a person from using the mail or any facility or means of interstate or foreign commerce, to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in prostitution

or any sexual activity for which any person can be charged with a criminal offense. It is also a crime to attempt to commit this offense.

## INVESTIGATION

6. On or about May 20, 2020, NCMEC received two Cybertip reports from Facebook about material relevant to online enticement and possible child sexual molestation. The NCMEC CyberTipline report reference numbers for these reports are Cybertip Numbers 72505124 and 72501264.

7. These Cybertips were subsequently received by the Illinois Attorney General's Office in Springfield, Illinois and forwarded to me for further investigation because the IP address used by the subject of the investigation is believed to be in Champaign County, Illinois. I noted the following excerpts of the conversation that had been reported:

[tunechis.back.7 (Michael Turner) (100001970245062) - May 10, 2020 at 09:55:43 UTC]

Love how u kiss

[Minor Victim 1) (100027002928254) - May 10, 2020 at 09:56:09 UTC]

Aww fr ?

[tunechis.back.7 (Michael Turner) (100001970245062) - May 10, 2020 at 09:56:29 UTC]

Definitely

[Minor Victim 1) (100027002928254) - May 10, 2020 at 09:57:24 UTC]

Awww♡

[tunechis.back.7 (Michael Turner) (100001970245062) - May 10, 2020 at 09:58:19 UTC]

I need u bae

[tunechis.back.7 (Michael Turner) (100001970245062) - May 10, 2020 at 09:58:41 UTC]

Dont play me

[Minor Victim 1) (100027002928254) - May 10, 2020 at 10:05:09 UTC]

Ian gon Eva play you

[Minor Victim 1) (100027002928254) - May 10, 2020 at 10:05:22 UTC]

But you bet not play me

[Minor Victim 1) (100027002928254) - May 10, 2020 at 10:05:30 UTC]

Cuz I'm really crazy

[Minor Victim 1) (100027002928254) - May 10, 2020 at 10:05:34 UTC]

I'm fr crazy

[Minor Victim 1) (100027002928254) - May 10, 2020 at 10:05:37 UTC]

I'm wtsss

[tunechis.back.7 (Michael Turner) (100001970245062) - May 10, 2020 at 10:05:43 UTC]

I promise u

[Minor Victim 1) (100027002928254) - May 10, 2020 at 10:08:28 UTC]

Fr?

[Minor Victim 1) (100027002928254) - May 10, 2020 at 10:08:38 UTC]

So what this is ?

[tunechis.back.7 (Michael Turner) (100001970245062) - May 10, 2020 at 10:08:42 UTC]

4

Yea

[Minor Victim 1) (100027002928254) - May 10, 2020 at 10:08:46 UTC]

Like what we doing

[tunechis.back.7 (Michael Turner) (100001970245062) - May 10, 2020 at 10:08:49 UTC]

Our time

[Minor Victim 1) (100027002928254) - May 10, 2020 at 10:10:06 UTC]

Like lemme know now you can tell me is this just a hook up type situation or ? I just needa know my place

[tunechis.back.7 (Michael Turner) (100001970245062) - May 10, 2020 at 10:10:28 UTC]

I want all of u

[...]

[tunechis.back.7 (Michael Turner) (100001970245062) - May 10, 2020 at 10:59:43 UTC]

Ima make u cum everywhere

[Minor Victim 1) (100027002928254) - May 10, 2020 at 11:00:32 UTC]

☺mmm yesssss how else you tryna snatch my soul

[tunechis.back.7 (Michael Turner) (100001970245062) - May 10, 2020 at 11:01:03 UTC]

U already know

[Minor Victim 1) (100027002928254) - May 10, 2020 at 11:01:57 UTC]

I stg you packin a monster☺

[tunechis.back.7 (Michael Turner) (100001970245062) - May 10, 2020 at 11:02:48 UTC]

5

Can u handle it

[Minor Victim 1) (100027002928254) - May 10, 2020 at 11:03:03 UTC]

I hope so

[Minor Victim 1) (100027002928254) - May 10, 2020 at 11:03:32 UTC]

[tunechis.back.7 (Michael Turner) (100001970245062) - May 10, 2020 at 11:03:46 UTC]

Ima be in yo gutts

[Minor Victim 1) (100027002928254) - May 10, 2020 at 11:04:20 UTC]

I'ma be crippled 😭

[tunechis.back.7 (Michael Turner) (100001970245062) - May 10, 2020 at 11:04:42 UTC]

Ima massage u down lol

[Minor Victim 1) (100027002928254) - May 10, 2020 at 11:05:56 UTC]

😊😊😊😊😊😊😊

[Minor Victim 1) (100027002928254) - May 10, 2020 at 11:05:59 UTC]

BET

[tunechis.back.7 (Michael Turner) (100001970245062) - May 10, 2020 at 11:07:42 UTC]

U in good hands like allstate

[...]

[tunechis.back.7 (Michael Turner) (100001970245062) - May 14, 2020 at 12:21:41 UTC]

When u get 18 ima put 1 or 2 in u

[tunechis.back.7 (Michael Turner) (100001970245062) - May 14, 2020 at 12:21:53 UTC]

Bets to believe dat😊

[Minor Victim 1) (100027002928254) - May 14, 2020 at 12:21:57 UTC]

You don't need no more kids

[tunechis.back.7 (Michael Turner) (100001970245062) - May 14, 2020 at 12:22:26 UTC]

It's gone happen

[Minor Victim 1) (100027002928254) - May 14, 2020 at 12:22:37 UTC]

Aight maybe one

8. On 05/28/2020, additional information was unlocked from CyberTip #72501264. Explicit images and videos of the unclothed, erect, male genitalia were identified that had been sent from ESP User ID: 100001970245062, Screen/User Name: tunechis.back.7 to ESP User ID:100027002928254, Screen/User Name: "Minor Victim 1". This data revealed that an apparent adult, Michael D. Turner (Male, ▮▮▮▮), had communicated with an individual who is a minor, "Minor Victim 1", and enticed that minor to meet for the purposes of engaging in illegal sexual activity. "Minor Victim 1" resides in Rantoul, Illinois, with a family member, EC. The suspect, Michael Turner, is also believed to reside in the area.

9. The following is an excerpt from CyberTip #72501264. The material described is not inclusive of all of the material contained within the CyberTip; rather, is a snapshot of the explicit images and videos uploaded and sent between ESP User ID: 100001970245062, Screen/User Name: tunechis.back.7 and ESP User ID:100027002928254, Screen/User Name: "Minor Victim 1". On 05/10/2020 at 09:33:08

7

UTC, CyberTip #72501264 reported ESP User ID:100027002928254 , Screen/User Name: "Minor Victim 1" was the recipient of file: *eilz1l2cde88cc4476632471_2336646869794916_4175518165720201415_n.mp4*. The aforementioned file was uploaded by ESP User ID: 100001970245062, Screen/User Name: tunechis.back.7. I reviewed the file which showed a video of a mature, erect, male penis in motion/waving back and forth. The duration of the video is 8 seconds.

10. I attempted to search for Facebook User/Screen Name "tunechis.back.7". I was unable to locate the account by searching the User/Screen Name. It is unknown at this time how or why the account was deactivated and/or removed. CyberTip #72501264 identified the image as the Facebook profile picture of ESP User ID: 100001970245062, Screen/User Name: tunechis.back.7. I reviewed the image and the male subject displayed resembles the suspect, Michael Turner. The identification is based upon a comparison of the aforementioned CyberTip images and a Champaign County booking photograph from June of 2017.

11. On 05/29/2020, "Minor Victim 1" was interviewed at the Champaign Child Advocacy Center. During the first interview, "Minor Victim 1" denied involvement in the Facebook messages presented to her, while also denying knowledge of Facebook User Name: tunechis.back.7.

12. On 08/26/2020, "Minor Victim 1" was interviewed at the Rantoul Police Department, Rantoul, Illinois by FBI Child/Adolescent Forensic Interviewer Rachel Murdock in reference to her relationship with Michael Turner. A second interview was conducted after receiving additional search warrant information from Facebook. During

the interview, Minor Victim 1 acknowledged a relationship she had with "Tunechi." Minor Victim 1 confirmed sending images to and receiving explicit images from "Tunechi." Specifically, Minor Victim 1 advised she had sent "boob" images and had received images of "Tunechi's" "little dang a lang." Minor Victim 1 was able to clarify the term "little dang a lang" referred to "Tunechi's" penis.

13. "Minor Victim 1" denied sexual activity occurring between her and "Tunechi", but stated they had gotten close while they were together at his apartment. "Minor Victim 1" babysat for "Nicki" and "Tunechi." "Minor Victim 1" described the incident as a time she was at the apartment with "Tunechi" and he was naked, touching his "little dang a lang." "Minor Victim 1" advised they were in the bedroom when they heard one of the babies crying. "Minor Victim 1" stated she left to get the baby and as she walked back to the room "Nicki" walked into the apartment. The sexual activity ceased when "Nicki" entered the apartment. "Nicki" was described by "Minor Victim 1" as "Tunechi's" "baby momma." "Minor Victim 1" advised "Tunechi" had known her to be 15 or 16 years of age prior to exchanging images.

14. "Minor Victim 1" did not describe the suspect by his legal name, Michael Turner. The identification of "Tunechi" as Michael Turner was made by comparing images shared on Facebook Messenger to his Champaign County Jail booking photograph from June of 2017. During the second interview, "Minor Victim 1" discussed apprehension with discussing the above relationship in the prior interview due to a fear of being taken from her mother.

9

15. Below is an excerpt of conversation from the search warrant between Facebook: Michael Turner/ tunechis.back.7/ 100001970245062 and Facebook: "Minor Victim 1"/ 100027002928254 that describes possible sexual activity not currently acknowledged by Minor Victim 1 in her interview:

**Author** Minor Victim 1 (Facebook: 100027002928254)
**Sent** 2020-05-14 10:26:52 UTC
**Body** Damn bae got me wet asf gotta gimme summa thaa
**Author** Michael D Turner (Facebook: 100001970245062)
**Sent** 2020-05-14 10:27:15 UTC
**Body** When ever u want it bae
**Author** Minor Victim 1 (Facebook: 100027002928254)
**Sent** 2020-05-14 10:27:34 UTC
**Body** Ummmmmm todayyyy
**Author** Minor Victim 1 (Facebook: 100027002928254)
**Sent** 2020-05-14 10:27:50 UTC
**Body** Mfks is sore from the other day tho
**Author** Minor Victim 1 (Facebook: 100027002928254)
**Sent** 2020-05-14 10:27:54 UTC
**Body** Ya been so long
**Author** Minor Victim 1 (Facebook: 100027002928254)
**Sent** 2020-05-14 10:28:08 UTC
**Body** It's *
**Author** Michael D Turner (Facebook: 100001970245062)
**Sent** 2020-05-14 10:28:35 UTC
**Body** Ima do me
**Author** Michael D Turner (Facebook: 100001970245062)
**Sent** 2020-05-14 10:29:23 UTC
**Body** When u made me bust dat nut
**Author** Michael D Turner (Facebook: 100001970245062)
**Sent** 2020-05-14 10:29:28 UTC
**Body** OMG
**Author** Minor Victim 1 (Facebook: 100027002928254)
**Sent** 2020-05-14 10:29:38 UTC
**Body** no et veennnnnn
**Author** Minor Victim 1 (Facebook: 100027002928254)
**Sent** 2020-05-14 10:29:45 UTC
**Body** My heavy ass
**Author** Minor Victim 1 (Facebook: 100027002928254)
**Sent** 2020-05-14 10:29:53 UTC
**Body** I was just jumping on you
**Author** Minor Victim 1 (Facebook: 100027002928254)
**Sent** 2020-05-14 10:30:04 UTC
**Body** Wasn't even riding
**Author** Minor Victim 1 (Facebook: 100027002928254)
**Sent** 2020-05-14 10:30:11 UTC
**Body** Striaght jumping

Author Michael D Turner (Facebook: 100001970245062)
Sent 2020-05-14 10:30:16 UTC
Body Shidd u was bouncing all on yo dick
Author Michael D Turner (Facebook: 100001970245062)
Sent 2020-05-14 10:30:42 UTC
Body I swear u was
Author Minor Victim 1 (Facebook: 100027002928254)
Sent 2020-05-14 10:30:53 UTC
Body
Author Minor Victim 1 (Facebook: 100027002928254)
Sent 2020-05-14 10:31:05 UTC
Body So I did good ?
Author Michael D Turner (Facebook: 100001970245062)
Sent 2020-05-14 10:31:15 UTC
Body Amazing bae
Author Minor Victim 1 (Facebook: 100027002928254)
Sent 2020-05-14 10:31:24 UTC
Body Damnnnn bettt
Author Minor Victim 1 (Facebook: 100027002928254)
Sent 2020-05-14 10:31:30 UTC
Body Seee now I'm hyped
Author Michael D Turner (Facebook: 100001970245062)
Sent 2020-05-14 10:31:33 UTC
Body U got me over here smiling like a mf
Author Minor Victim 1 (Facebook: 100027002928254)
Sent 2020-05-14 10:31:45 UTC
Body Lmfaoooo sameeeep
Author Minor Victim 1 (Facebook: 100027002928254)
Sent 2020-05-14 10:31:49 UTC
Body I'm hyped affff
Author Michael D Turner (Facebook: 100001970245062)
Sent 2020-05-14 10:31:59 UTC
Body Get hype den do yo shit bae tf u posed to
Author Michael D Turner (Facebook: 100001970245062

16. Based on the above summarized online conversations and the interview with "Minor Victim 1" I have probable cause to believe the suspect, Michael D. Turner enticed a minor to engage in unlawful sexual activity, in violation of Title 18, United States Code, Section 2422(b).

Respectfully submitted,
s/Jennifer Smith

_____
Jennifer M. Smit/ Special Agent
Illinois State Police

Attested to by the affiant in accordance with the requirements of Fed. R. Crim. P. 4.1 by electronic mail and telephone on this 2nd day of October, 2020.
 s/Eric Long

_____
Eric I. Long, Magistrate Judge
United States District Court

Attestation of affiant Jennifer Smit re complaint against Michael D. Turner.