IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

FILED
NOV 04 2020
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) Criminal No. 20-CR-200 78 |
| v. | ) |
| | ) Title 18, United States Code, Sections |
| | ) 2422(b) and 2428. |
| MICHAEL D. TURNER, | ) |
| Defendant. | ) |

### INDICTMENT

**COUNT ONE**
(Enticement of a Minor)

**THE GRAND JURY CHARGES:**

On or between May 10, 2020, and May 29, 2020, in Champaign County, in the Central District of Illinois, and elsewhere,

**MICHAEL D. TURNER,**

the defendant herein, used a facility and means of interstate commerce, the Internet and a cellular telephone, to knowingly persuade, induce, and entice Minor Victim 1, who he believed had not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense, to wit, Aggravated Criminal Sexual Abuse, in violation of Illinois statute 720 ILCS 5/11-1.60(d).

All in violation of Title 18, United States Code, Sections 2422(b).

## FORFEITURE NOTICE

1. The charge contained in Count One is hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2428.

2. For his engagement in the violations alleged in Count One,

**MICHAEL D. TURNER**

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428, all interest in: any property, real or personal, used or intended to be used to commit or promote the commission of the offenses alleged in Count One of this Indictment.

3. The property referenced in paragraph 2 (above) includes, but is not limited to, video recorders and accessories, cameras, computer hardware, such as monitors, central processing units, keyboards, computer programs, software, computer storage devices, such as disk drive units, disks, tapes, hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software, including the specific equipment listed:

- iPhone, number 217-202-7245, black case with cartoon face on the back.

All pursuant to Title 18, United States Code, Section 2428.

A TRUE BILL,

s/JOHN C. MILHISER                                        FOREPERSON
                                                                              s/FOREPERSON
_____
JOHN C. MILHISER
UNITED STATES ATTORNEY
SMOR